THE STATE OF OHIO, APPELLEE, *v*. LEE, APPELLANT.

**[Cite as *State v. Lee*, 124 Ohio St.3d 119, 2009-Ohio-6544.]**

*Court of appeals' judgment affirmed on the authority of State v. Lester.*

(No. 2009-0402 — Submitted September 30, 2009 — Decided
December 17, 2009.)

APPEAL from the Court of Appeals for Van Wert County, No. 15-08-06,
180 Ohio App.3d 739, 2009-Ohio-299, 907 N.E.2d 348.

_____

**{¶ 1}** The judgment of the court of appeals is affirmed on the authority
of *State v. Lester*, 123 Ohio St.3d 396, 2009-Ohio-4225, 916 N.E.2d 1038.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR,
O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

Timothy Young, Ohio Public Defender, and Katherine A. Szudy, Assistant
Public Defender, for appellant.

_____